# Court of Appeals
# of the State of Georgia

ATLANTA, October 02, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0038. ANTHONY HARGROVE v. THE STATE.**

Anthony Hargrove seeks discretionary review of the trial court's orders revoking his probation. The trial court's orders were entered on July 15, 2014, and Hargrove filed his application on September 4, 2014.[1] We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Hargrove filed his application 51 days after entry of the orders he seeks to appeal. Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 10/02/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , Clerk.

---

[1] Hargrove attempted to file his application on an earlier date, but it could not be accepted at that time because he failed to include a copy of the trial court's orders, and the certificate of service was incomplete.